UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:13 CR 53 |
| ) | |
| ANTONIO WILSON ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated March 13, 2019 (DE # 55), to which the parties have waived any objections (*id*. at 3), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of his supervised release described in the September 4, 2018, Petition (DE # 39). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of seven months. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: March 14, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT